**Order entered February 2, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00922-CV

### YIHUA XIONG A/K/A BRUCE XIONG, Appellant

### V.

### JULIA XIA, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-01586-2020**

## ORDER

Before the Court is appellant's February 1, 2021 unopposed motion for an extension of time to file his brief on the merits. Appellant explains that the parties are in the process of finalizing settlement documents. We **GRANT** the motion. Appellant shall file either his brief on the merits, a motion to dismiss the appeal, or a status report on or before **March 5, 2021**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE